STATE of Missouri, Respondent,

v.

Larry G. WICKIZER, Appellant.

No. WD 34571.

Missouri Court of Appeals,
Western District.

Dec. 20, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 31, 1984.

Application to Transfer Denied March 20, 1984.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

This is an appeal from a resentencing for a previous conviction for rape and sodomy. See 641 S.W.2d 849.

No jurisprudential purpose would be served by a written opinion. Judgment affirmed. Rule 30.25(b).

All concur.

STATE of Missouri, Respondent,

v.

Andre L. BEARD, Appellant.

No. WD 34624.

Missouri Court of Appeals,
Western District.

Dec. 20, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 31, 1984.

Jay David Dehardt of Paxton & Block, P.C., Independence, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for stealing, in violation of § 570.030, RSMo 1978. No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b). All concur.